**UNITED STATES of America,
Appellee,**

v.

**Herman Zack SAPP, Appellant.**

No. 00–3556.

United States Court of Appeals,
Eighth Circuit.

Submitted April 6, 2001.

Filed April 11, 2001.

Before McMILLIAN, RICHARD S.
ARNOLD, and BEAM, Circuit Judges.

PER CURIAM.

Herman Zack Sapp appeals from the final judgment entered in the District Court[1] for the Eastern District of Arkansas after he pleaded guilty to threatening to murder a federal judge, in violation of 18 U.S.C. § 115(a)(1)(B). The district court sentenced appellant to sixteen months imprisonment and three years supervised release. On appeal, his counsel has filed a brief and moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and appellant has not filed a pro se supplemental brief. Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.